

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

'08 MJ 8126

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose MONTANO-Anzures | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about February 10, 2008, within the Southern District of California, defendants Jose MONTANO-Anzures did knowingly and intentionally import approximately 18.10 kilograms (39.82 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH, DAY OF FEBRUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose MONTANO-Ansures

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Nicole Yammine.

On February 10, 2008 at approximately 1737 hours, Jose MONTANO-Ansures entered the United States at the Calexico, California, East Port of Entry. MONTANO was the driver and sole occupant of a 2000 Ford Mustang, bearing Baja California license plate BEC5523.

MONTANO presented his Border Crossing Card (BCC) and provided a negative oral Customs declaration to CBP Officer Bosquet. MONTANO told CBP Bosquet that he was the owner of the vehicle. CBP Officer Bosquet noticed that MONTANO began becoming restless and decided to refer the vehicle to vehicle secondary for further inspection.

In the vehicle secondary lot, CBP Officer M. Almaghraby took a negative Customs declarations. MONTANO advised CBP Almaghraby that he was going to the mall to return some articles of clothing at the Guess store. MONTANO stated he has been the registered owner of the vehicle for approximately one month. CBP Officer Almaghraby noticed the rocker panels were tampered with. CBP Officer Almaghraby then requested that CBP Canine Enforcement Officer (CEO) D. Ragsdale, and his canine, conduct a sweep of the vehicle. The canine alerted to the driver side rocker panel of the vehicle. CEO Ragsdale notified CBP Officer Almaghraby of the alert.

A subsequent inspection of the vehicle revealed 16 packages within the intake manifold within the engine of the vehicle. CBP Officer Almaghraby probed one of the packages, and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 16 packages had a combined net weight of approximately 18.10 kilograms (39.82 pounds).

1  MONTANO was placed under arrest and advised of his Constitutional Rights.
2  MONTANO admitted knowledge of the narcotics found within the vehicle. MONTANO
3  stated he was going to be paid $2,000 to smuggle the drug-laden vehicle from Mexico
4  into the United States.