FILED

MAR 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ *tm* _____ DEPUTY

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )  Criminal Case No. __08CR707-W__
                                    )
9                    Plaintiff,     )  I N F O R M A T I O N
                                    )
10       v.                         )  Title 21, U.S.C., Secs. 952 and
                                    )  960 - Importation of
11  JOSE MONTANO-ANZURES,           )  cocaine(Felony)
                                    )
12                   Defendant.     )
   _____)

13

14       The United States Attorney charges:

15       On or about February 10, 2008, within the Southern District of

16  California,  defendant  JOSE  MONTANO-ANZURES,  did  knowingly  and

17  intentionally import [5 kilograms or more, to wit:]  approximately

18  18.10 kilograms (39.82 pounds) of cocaine, a Schedule II Controlled

19  Substance, into the United States from a place outside thereof; in

20  violation of Title 21, United States Code, Sections 952 and 960.

21       DATED: __March 11, 2008__.

22                                        KAREN P. HEWITT
                                          United States Attorney

23

24

                                          JEFFREY D. MOORE
25                                        Assistant U.S. Attorney

26

27

28

JDM:rp:Imperial
3/11/08